UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHEL D'ANGELO ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Docket No. 2:13-cr-114-NT <br> Docket No. 2:16-cv-290-NT |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on 28 U.S.C. § 2255 his Recommended Decision (ECF No. 271). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Petitioner's motion to amend (ECF No. 261) is **GRANTED**.

3. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2255 Petitions (ECF Nos. 198, 202) be **DISMISSED** with prejudice.

4. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there

is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 12th day of October, 2018.