UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHEL D'ANGELO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Docket No. 2:13-cr-00114-NT-1 |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 21, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on the Petitioner's motion for relief that the Magistrate Judge construed as a motion made pursuant to 28 U.S.C. § 2255 (ECF No. 301). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, the Petitioner's motion is **DENIED**, and the Petition is **DISMISSED** without prejudice to the Petitioner's ability to petition the First Circuit Court of Appeals for authorization to proceed on a second or successive habeas petition. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice

of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                        /s/ Nancy Torresen
                                        United States District Judge

Dated this 16th day of November, 2021.